## RICHARD R. PALKIMAS *v.* ZDZISLAW GORSKI

The plaintiff's petition for certification for appeal from the Appellate Court, 121 Conn. App. 903 (AC 31078), is denied.

*Richard H.G. Cunningham,* in support of the petition.

*Joseph DaSilva, Jr.,* in opposition.

Decided September 22, 2010

## STATE OF CONNECTICUT *v.* SARAH CHRISTINE WAHAB

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 537 (AC 28753), is denied.

*Sarah Christine Wahab,* pro se, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided September 22, 2010